# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO HUMBERTO CAMPA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:24-cv-09607-MAA<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:　05/30/2025

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　THE HONORABLE MARIA A. AUDERO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC |
| 3 | /s/ *Lawrence D. Rohlfing* |
| 4 | BY: _____ |
| | Lawrence D. Rohlfing |
| 5 | Attorney for plaintiff Sergio Humberto Campa |